UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY F. PITTS,<br><br>   Petitioner,<br><br> v.<br><br>JEANNE WOODFORD, Director of Corrections,<br><br>   Respondent. | No. CV 07-112-DSF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge, with the following modifications (the modifications being italicized):

  1. Page 2, line 8: "petitioner personally discharged a firearm *that caused great bodily injury or death*."

  2. Page 27, lines 25-27: "McAllister's other testimony that was inculpatory toward petitioner was *either* not hearsay, *as it* consisted of her own personal observations, *or was an exception to the hearsay rule, as it consisted of her own excited utterance* to petitioner."

  ACCORDINGLY, IT IS ORDERED:

  1. The final report and recommendation is adopted, as modified herein.

  2. Judgment shall be entered consistent with this order.

1     3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

2

DATED: 9/15/09

3                                   HONORABLE DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28