# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JERRY F. PITTS, | ) | No. CV 07-112-DSF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEANNE WOODFORD, Director of Corrections, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/15/09

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE